# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMIE RISHER, INDIVIDUALLY, AND AS LEGAL GUARDIAN OF BRIANNA DANIELLE RISHER AND JACOB JAMES RISHER, INDIVIDUAL HEIRS OF KENNETH ROBERT RISHER, DECEASED; AND KAREN MIKESELL, AS SPECIAL ADMINISTRATRIX OF THE ESTATE OF KENNETH ROBERT RISHER,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ROB BARE, DISTRICT JUDGE,
Respondents,
   and
LORI STRAUB, APRN; MICHAEL HIXSON, M.D.; AND NORTH VISTA HOSPITAL, INC., D/B/A NORTH VISTA HOSPITAL, INC.,
Real Parties in Interest.

No. 73793

FILED

SEP 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order granting partial summary judgment in a tort action.

Having considered the parties' arguments and the record, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.170; *Gonzalez v. Eighth Judicial Dist. Court*, 129 Nev. 215, 217, 298 P.3d 448, 449-50 (2013) (explaining when a writ of mandamus may be warranted and that the decision to entertain a petition for

18-37009

extraordinary writ relief lies within this court's discretion); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that petitioners bear the burden of showing that mandamus is warranted). In particular, we are not persuaded that an appeal from a final judgment is an inadequate remedy. *See Pan*, 120 Nev. at 224, 88 P.3d at 841.[1] Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.          _____, J.
Cherry                                  Gibbons

_____, J.          _____, J.
Pickering                               Hardesty

_____, J.          _____, J.
Parraguirre                             Stiglich

cc:    Hon. Rob Bare, District Judge
       The Gage Law Firm, PLLC
       Snell & Wilmer, LLP/Reno
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Snell & Wilmer, LLP/Las Vegas
       Eighth District Court Clerk

---

[1]We note, however, that the petitioners' reliance on *Goldenberg v. Woodard*, Docket Nos. 57232, 58151 (Order Affirming in Part, Reversing in Part and Remanding, June 20, 2014), is misplaced as *Goldenberg* was decided before January 1, 2016, and, therefore, may not be cited for persuasive value. *See* NRAP 36(c)(3).